RECEIVED

AUG 1 7 2011 ᵒʸ

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER QUINNEY | CIVIL ACTION NO. 09-1776 |
| VERSUS | JUDGE DOHERTY |
| SHELL EXPLORATION & PRODUCTION COMPANY and HELMERICH & PAYNE INTERNATIONAL DRILLING CO. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Ruling:

The Motion for Summary Judgment [Doc. 30] filed by defendant, Helmerich & Payne International Drilling Co. is hereby DENIED in its entirety.

Plaintiff's request for summary judgment [Doc. 36, p.15] is GRANTED IN PART and DENIED IN PART.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___17___ day of August, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE